UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Maria VASQUEZ,<br><br>        Defendant(s) | Magistrate Case No. 07 MJ 2567<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **October 29, 2007**, within the Southern District of California, defendant **Maria VASQUEZ** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Blanca HERNANDEZ-Cansino, and Rocio HERNANDEZ-Cansino** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Murry T. Streetman
Special Agent, FBI

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **31st** DAY OF **October, 2007**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Maria VASQUEZ

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Blanca HERNANDEZ-Cansino, and Rocio HERNANDEZ-Cansino** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 29, 2007, Border Patrol Senior Patrol Agent L. Rivera and FBI Special Agent M. Streetman were conducting surveillance in the vicinity of Logan Avenue in San Diego, California. At approximately 10:50 a.m., Agent Rivera observed two unknown Hispanic males get into a gray Ford Expedition and depart the area. Agents Rivera and Streetman followed the gray Expedition to the parking lot of an Auto Zone located in San Diego, California. This parking lot is notorious for the presence of alien smuggling activities and has been identified by cooperating principles and defendants as the location where they meet to conduct transfers of undocumented aliens.

At approximately 11:00 a.m., Agent Rivera observed a gold Chevrolet Avalanche arrive and park next to the Expedition. Two Hispanic females, later identified as Blanca HERNANDEZ-Cansino and Rocio HERNANDEZ-Cansino, exited the Avalanche and entered the back seat of the Expedition. The Expedition departed and Agents Rivera and Streetman followed it back to Logan Avenue. There, the male passenger of the Expedition exited the vehicle and guided Blanca and Rocio HERNANDEZ-Cansino to a blue-green Chevrolet Astro van bearing California license plates. Agents Rivera and Streetman followed the blue Astro van driven by a female later identified as the defendant, **Maria VASQUEZ**.

Agents Rivera and Streetman followed the Astro van as it continued northbound on Interstate 5. Suspecting Blanca HERNANDEZ and Rocio HERNANDEZ were undocumented aliens, Agent Rivera contacted the San Clemente Border Patrol checkpoint and requested a vehicle stop of the Astro van. At approximately 12:15 p.m., Border Patrol Agents Arguilez and Avila observed the Astro van pass their location at the Border Patrol checkpoint and conducted a vehicle stop. Agents Arguilez and Avila approached the Astrovan and questioned the occupants as to their immigration status. The driver identified herself as Maria VASQUEZ, a United States citizen. The two Hispanic female passengers, Blanca and Rocio HERNANDEZ admitted to being citizens and nationals of Mexico without any immigration documents allowing them to be or remain legally in the United States. Agents Arguilez and Avila placed all three individuals under arrest and transported them to the San Clemente Border Patrol checkpoint for processing.

### DEFENDANT STATEMENT:

Maria VASQUEZ, after being advised of her Miranda rights, admitted to knowing that Blanca and Rocio HERNANDEZ had illegally entered the United States. VASQUEZ also admitted she was to be compensated for delivering Blanca and Rocio HERNANDEZ to an unspecified location in the Los Angeles area.

### MATERIAL WITNESSES STATEMENTS:

Blanca and Rocio HERNANDEZ were subsequently interviewed and admitted to being smuggled from Tijuana, Mexico to San Diego, California early in the morning on October 29, 2007. Blanca and Rocio HERNANDEZ were shown a photo line up and identified Maria VASQUEZ as the driver responsible for transporting them from San Diego to the Los Angeles area. Blanca and Rocio HERNANDEZ stated they had never met or seen Maria VASQUEZ prior to their meeting on Logan Avenue.