FILED

07 NOV 14 PM 3:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 3106   BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| MARIA VASQUEZ, | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding |
| Defendant. | and Abetting |

The grand jury charges:

Count 1

On or about October 29, 2007, within the Southern District of California, defendant MARIA VASQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Blanca Hernandez-Cansino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

//

//

MIP:fer:San Diego
11/14/07

Count 2

On or about October 29, 2007, within the Southern District of California, defendant MARIA VASQUEZ, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Rocio Hernandez-Cansino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: November 14, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney