1  KAREN P. HEWITT
   United States Attorney
2  MICHELLE M. PETTIT
   Assistant United States Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7450
   Facsimile:  (619) 235-2757
6  Email: michelle.pettit@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10                         UNITED STATES DISTRICT COURT

11                      SOUTHERN DISTRICT OF CALIFORNIA

12

   UNITED STATES OF AMERICA,          )    Criminal Case No. 07CR3106-BEN
13                                     )
                      Plaintiff,       )
14                                     )    **NOTICE OF APPEARANCE**
              v.                       )
15                                     )
   MARIA VASQUEZ,                      )
16                                     )
                      Defendant.       )
17  _____)

18

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20       I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21  above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

22  under CivLR 83.3.c.3.

23       The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26  activity in this case:

27       <u>Name</u>

28       None

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3 "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4 association):

5     <u>Name</u>

6     None

7     Please call me at the above-listed number if you have any questions about this notice.

8     DATED: December 5, 2007.

9                              Respectfully submitted,

10                              KAREN P. HEWITT
United States Attorney

11                             /s/ *Michelle M. Pettit*

12

13                              MICHELLE M. PETTIT
Assistant United States Attorney

14                              Attorneys for Plaintiff
United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Notice of Appearance
United States v. Maria Vasquez            2            07CR3106-BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )       Case No. 07CR3106-BEN
                                       )
                    Plaintiff,         )
                                       )
        v.                             )
                                       )       **CERTIFICATE OF SERVICE**
MARIA VASQUEZ,                         )
                                       )
                    Defendant.         )
                                       )

IT IS HEREBY CERTIFIED THAT:

    I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age.

My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of the Notice of

Appearance as lead counsel for the United States, dated December 5, 2007, and this Certificate of

Service, dated  December 5, 2007, on the following parties by electronically filing the foregoing

with the Clerk of the District Court using its ECF System, which electronically notifies them:

    **Leila W. Morgan**
    Federal Defenders of San Diego
    225 Broadway
    Suite 900
    San Diego, CA 92101-5008
    (619)234-8467
    Fax: (619)687-2666
    Email: Leila_Morgan@fd.org
    *Attorney for defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 5, 2007.

                                    /s/ **Michelle M. Pettit**
                                    MICHELLE M. PETTIT
                                    Assistant United States Attorney