1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Ms. Vasquez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,        )   Case No. 07CR3106-BEN
                                     )
12              Plaintiff,           )   DATE:  December 10, 2007
                                     )   TIME:  9:00 a.m.
13  v.                               )
                                     )   NOTICE OF MOTIONS AND MOTIONS:
14  **MARIA VASQUEZ**,               )
                                     )   (1)      TO COMPEL DISCOVERY;
15              Defendant.           )   (2)      TO GRANT LEAVE TO FILE
                                     )            FURTHER MOTIONS.
16                                   )
                                     )
17  _____      )

18  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
19         MICHELLE PETIT, ASSISTANT UNITED STATES ATTORNEY:

20         PLEASE TAKE NOTICE that on December 10, 2007, at 9:00 a.m., or as soon thereafter as

21  counsel may be heard, the defendant, Maria Vasquez, by and through her counsel, Leila W. Morgan,

22  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

23  motions.

24                            **MOTIONS**

25         The defendant, Maria Vasquez, by and through his attorneys, Leila W. Morgan, and Federal

26  Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of

27  Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this

28

1  Court for an order to:

2      1)    Compel discovery; and
       2)    Grant leave to file further motions.
3

4          These motions are based upon the instant motions and notice of motions, the attached

5  statement of facts and memorandum of points and authorities, and all other materials that may come

6  to this Court's attention at the time of the hearing on these motions.

7                                                   Respectfully submitted,

8

9  DATED:  December 5, 2007                  */s/ Leila W. Morgan*
                                             **LEILA W. MORGAN**
10                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Ms. Vasquez
11                                           Leila_Morgan@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2                           07CR3106-BEN

1

## CERTIFICATE OF SERVICE

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

3   of her information and belief, and that a copy of the foregoing document has been served this day

4   upon:

5   Michelle Petit
    U S Attorneys Office Southern District of California
6   Criminal Division
    880 Front Street
7   Room 6293
    San Diego, CA 92101
8   (619)557-5610
    Fax: (619)235-2757
9   Email:  Michelle.Petit@usdoj.gov

10
    Dated: December 5, 2007               __/s/  Leila W. Morgan_____
11                                          LEILA W. MORGAN
                                            Federal Defenders
12                                          225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
13                                          (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
14                                          Leila_Morgan@fd.org

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                3                          07CR3106-BEN