1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   Leila_Morgan@fd.org
5

6  Attorneys for Ms. Vasquez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,          )   Case No. 07CR3106-BEN
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )   **JOINT MOTION TO CONTINUE**
                                      )   **MOTION HEARING**
14 **MARIA VASQUEZ**,                 )
                                      )
15              Defendant.            )
                                      )
16

17 TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
         MICHELLE PETIT, ASSISTANT UNITED STATES ATTORNEY.
18

19       Maria Vasquez, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego,

20 counsel for Ms. Vasquez jointly moves with Assistant United States Attorney Michele Petit, that the motion

21 hearing currently set for December 10, 2007, at 9:00 a.m. be continued until January 7, 2008, at 2:00 p.m.

22 The parties are attempting to resolve the case and believe that this continuance will allow them to do so.

23 Further, several pieces of discovery have recently been received by defense counsel and Ms. Vasquez requests

24 additional time to discuss this discovery with counsel. Ms. Vasquez is currently released on bond, a signed

25 acknowledge of her next court date is attached to this motion.

26 //

27 //

28

For the foregoing reasons, the parties jointly request that the motion hearing be continued until January 7, 2008, at 2:00 p.m.

Dated: December 6, 2007

/s/ Leila W. Morgan
**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Vasquez
Leila_Morgan@fd.org

Dated: December 6, 2007

/s/ Michelle Petit
**MICHELLE PETIT**
Assistant United States Attorney
Michelle.Petit@usdoj.gov

1 **CERTIFICATE OF SERVICE**

2     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3 information and belief, and that a copy of the foregoing document has been served this day upon:

4 **Michelle Petit**
U S Attorneys Office Southern District of California
5 Civil Division
880 Front Street
6 Suite 6253
San Diego, CA 92101
7 (619)557-5662
Fax: (619)235-2757
8 Email: Michelle.Petit@usdoj.gov

9

10 Dated: December 6, 2007              /s/ Leila W. Morgan
                                   **LEILA W. MORGAN.**
11                                    Federal Defenders of San Diego, Inc.
                                   Attorneys for Ms. Vasquez
12                                    Leila_Morgan@fd.org

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28