```
LEILA W. MORGAN
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Leila_Morgan@fd.org
```

Attorneys for MARIA VASQUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3106-BEN |
| Plaintiff, ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. ) | |
| MARIA VASQUEZ, ) | |
| Defendant. ) | |

I, MARIA VASQUEZ, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is January 7, 2008, at 2:00 p.m. before the Honorable Roger T. Benitez.

I declare that the foregoing is true and correct.

Dated: 12-06-2007          /s/ Maria Vasquez

H:\FORMS\ackncd.unn