1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Leila_Morgan@fd.org

5  Attorneys for Defendant Ms. Vasquez

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10            **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3106 |
| Plaintiff, | ) | Date: March 3, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER |
| **MARIA VASQUEZ**, | ) | <u>TO SHORTEN TIME</u> |
| Defendant. | ) | |

Ms. Vasquez, by and through counsel, moves this Court for an order shortening time for filing of the attached *Motions* to nine (9) days, to be heard March 3, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, for the following reasons:

1) Defense counsel had a Opening brief due to the Ninth Circuit Court of Appeals in *United States v. Gonzalez-Valdez.*

A courtesy copy has been provided to Assistant United States Attorney Anna Lou Tirol.

Respectfully submitted,

DATED: February 21, 2008            */s/ Leila W. Morgan*
                                    LEILA W. MORGAN
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Ms. Vasquez