**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: Leila_Morgan@fd.org

Attorneys for Ms. Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MARIA VASQUEZ**,<br><br>　　　　Defendant. | Case No. 07CR3106-BEN<br><br>DATE: Marcy 3, 2008<br>TIME:　2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1)　TO SUPPRESS EVIDENCE;<br>(2)　TO SUPPRESS STATEMENTS;<br>(3)　TO DISMISS THE INDICTMENT<br>　　　DUE TO MISINSTRUCTION OF<br>　　　THE GRAND JURY. |

TO:　KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
　　　MICHELLE PETIT, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 3, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Maria Vasquez, by and through her counsel, Leila W. Morgan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Maria Vasquez, by and through his attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this

Court for an order to:

    1)       To Suppress Evidence;
    2)       To Suppress Statements;
    3)       To Dismiss the Indictment Due to Misinstruction of the Grand Jury.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                            Respectfully submitted,

DATED: February 21, 2008                /s/ *Leila W. Morgan*
                                       **LEILA W. MORGAN**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Ms. Vasquez
                                       Leila_Morgan@fd.org