```
1  LEILA W. MORGAN
   California State Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Ms. Vasquez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3106-BEN |
| Plaintiff, | Date: March 3, 2008<br>Time: 2:00 p.m. |
| v. | DECLARATION IN SUPPORT OF DEFENDANT'S MOTIONS |
| MARIA VASQUEZ, | |
| Defendant. | |

COMES NOW, the defendant, Maria Vasquez, by and through her attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., and hereby files this Declaration in Support of Defendant's Motions.

Respectfully Submitted,

DATED: February 21, 2008

/s/ *Leila W. Morgan*
Leila W. Morgan
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Vasquez

LEILA W. MORGAN
California State Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3106 |
| Plaintiff, | Date: March 3, 2008<br>Time: 2:00 p.m. |
| v. | DECLARATION OF MARIA VASQUEZ |
| **MARIA VASQUEZ,** | |
| Defendant. | |

I, Maria Vasquez, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On October 29, 2007, I was stopped by Border Patrol Agents while traveling on Interstate 5, approximately 1/2 mile south of the Basilino Exit.

3. I was traveling north on Interstate 5, when I was stopped by Border Patrol Agents.

4. I was not speeding or violating any other traffic laws when I was stopped.

5. When I was stopped, I was driving a blue Chevrolet Astro minivan.

6. To my knowledge, the car that I was driving had valid registration.

7. After being pulled over, agents approached the vehicle and questioned myself

and the other occupants of the vehicle regarding our immigration status.

    8.    I informed the agents that I was a United States citizen.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 2-21-2008

*Maria Vasquez* (signature)

Maria Vasquez