KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant U.S. Attorney
California State Bar No. 253406
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7450
Fax: (619) 235-2757
Email: michelle.pettit@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3106-BEN |
| Plaintiff, ) | Honorable Roger T. Benitez |
| ) | Hearing: April 7, 2008 |
| v. ) | Time:    2:00 p.m. |
| ) | |
| MARIA VASQUEZ, ) | **PLAINTIFF UNITED STATES' NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:** |
| Defendant. ) | |
| ) | **(A)   ADMIT "OTHER ACTS" EVIDENCE UNDER RULE 404(B);** |
| ) | **(B)   EXCLUDE ALL WITNESSES EXCEPT CASE AGENT;** |
| ) | **(C)   PROHIBIT EVIDENCE AND ARGUMENT RELATED TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT;** |
| ) | **(D)   PRECLUDE SELF-SERVING HEARSAY;** |
| ) | **(E)   PRECLUDE CHARACTER EVIDENCE;** |
| ) | **(F)   PRECLUDE EVIDENCE OF DURESS AND NECESSITY;** |
| ) | **(G)   PRODUCE RECIPROCAL DISCOVERY; AND** |
| ) | **(H)   GRANT LEAVE TO FILE FURTHER MOTIONS.** |

TO:   LEILA W. MORGAN, ESQ., COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that on April 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P.

1  Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, will ask this
2  Court to enter an order granting the following motions.

## MOTIONS

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, pursuant to the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order granting the following motions:

**(A) ADMIT "OTHER ACTS" EVIDENCE UNDER RULE 404(B);**
**(B) EXCLUDE ALL WITNESSES EXCEPT CASE AGENT;**
**(C) PROHIBIT EVIDENCE AND ARGUMENT RELATED TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT;**
**(D) PRECLUDE SELF-SERVING HEARSAY;**
**(E) PRECLUDE CHARACTER EVIDENCE;**
**(F) PRECLUDE EVIDENCE OF DURESS AND NECESSITY;**
**(G) PRODUCE RECIPROCAL DISCOVERY; AND**
**(H) GRANT LEAVE TO FILE FURTHER MOTIONS.**

These motions are based upon the notice of motions and are supported by the attached statement of facts and memorandum of points and authorities.

DATED: April 1, 2008                    Respectfully Submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        */s/ Michelle M. Pettit*
                                        MICHELLE M. PETTIT
                                        Assistant U.S. Attorney