1  KAREN P. HEWITT
   United States Attorney
2  MICHELLE M. PETTIT
   Assistant U.S. Attorney
3  California State Bar No. 253406
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7450
   Fax: (619) 235-2757
6  Email: michelle.pettit@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3106-BEN |
|---|---|---|
| Plaintiff, | ) | Honorable Roger T. Benitez |
| | ) | Hearing: April 7, 2008 |
| v. | ) | Time:    2:00 p.m. |
| MARIA VASQUEZ, | ) | **PLAINTIFF UNITED STATES' NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:** |
| Defendant. | ) | |
| | ) | **(A) ADMIT "OTHER ACTS" EVIDENCE UNDER RULE 404(B);** |
| | ) | **(B) EXCLUDE ALL WITNESSES EXCEPT CASE AGENT;** |
| | ) | **(C) PROHIBIT EVIDENCE AND ARGUMENT RELATED TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT;** |
| | ) | **(D) PRECLUDE SELF-SERVING HEARSAY;** |
| | ) | **(E) PRECLUDE CHARACTER EVIDENCE;** |
| | ) | **(F) PRECLUDE EVIDENCE OF DURESS AND NECESSITY;** |
| | ) | **(G) PRODUCE RECIPROCAL DISCOVERY; AND** |
| | ) | **(H) GRANT LEAVE TO FILE FURTHER MOTIONS.** |

TO:   LEILA W. MORGAN, ESQ., COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that on April 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P.

Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, will ask this Court to enter an order granting the following motions.

## MOTIONS

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, pursuant to the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order granting the following motions:

(A) **ADMIT "OTHER ACTS" EVIDENCE UNDER RULE 404(B);**
(B) **EXCLUDE ALL WITNESSES EXCEPT CASE AGENT;**
(C) **PROHIBIT EVIDENCE AND ARGUMENT RELATED TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT;**
(D) **PRECLUDE SELF-SERVING HEARSAY;**
(E) **PRECLUDE CHARACTER EVIDENCE;**
(F) **PRECLUDE EVIDENCE OF DURESS AND NECESSITY;**
(G) **PRODUCE RECIPROCAL DISCOVERY; AND**
(H) **GRANT LEAVE TO FILE FURTHER MOTIONS.**

These motions are based upon the notice of motions and are supported by the attached statement of facts and memorandum of points and authorities.

DATED: April 1, 2008            Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant U.S. Attorney