1 | LEILA W. MORGAN
California Bar No. 232874
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Leila_Morgan@fd.org

5 | Attorneys for MARIA VASQUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR3106-BEN |
|---|---|---|
| Plaintiff, | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | ) | |
| MARIA VASQUEZ, | ) | |
| Defendant. | ) | |

I, MARIA VASQUEZ, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is April 29, 2008, at 9:00 a.m. before the Honorable Roger T. Benitez.

I declare that the foregoing is true and correct.

Dated: 04-07-08

MARIA VASQUEZ

H:\FORMS\acknod.wpd