**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Ms. Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>**MARIA VASQUEZ**,<br><br>  Defendant. | Case No. 07CR3106-BEN<br><br>**JOINT MOTION TO MODIFY THE CONDITIONS OF BOND** |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      MICHELLE PETIT, ASSISTANT UNITED STATES ATTORNEY.

Maria Vasquez, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Ms. Vasquez jointly moves with Assistant United States Attorney Michele Petit, that the conditions of bond set by Magistrate Judge Louisa S. Porter on November 1, 2007, be modified to allow her to travel to Mexico from June 27, 2008 until July 13, 2008, to complete family business affairs. Ms. Vasquez has provided to her supervising pretrial services officer her travel itinerary. Pretrial services has no objection to this modification.

Further, the parties request that the Court order Ms. Vasquez to contact her pretrial services officer by telephone once every three days during her trip, and to report to pretrial services in person within twenty-four hours of her return from Mexico.

1       The surety in this case, Ms. Vasquez's brother, is aware of this condition and consents to the
2 modification, in fact purchasing the airline tickets for the trip himself. //
3       For the foregoing reasons, the parties jointly request that the bond in this case be modified to allow
4 Ms. Vasquez to travel to Mexico from June 27, 2008, until July 13, 2008, with the additional conditions that
5 she report by telephone to pretrial services every three days while she is traveling and report in person to
6 pretrial services within 24 hours of her return from Mexico.

7 Dated: June 27, 2008       /s/ Leila W. Morgan
      **LEILA W. MORGAN.**
8       Federal Defenders of San Diego, Inc.
      Attorneys for Ms. Vasquez
9       Leila_Morgan@fd.org

10
Dated: June 27, 2008       /s/ Michelle Petit
11       **MICHELLE PETIT**
      Assistant United States Attorney
12       Michelle.Petit@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **CERTIFICATE OF SERVICE**

2 | Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3 | information and belief, and that a copy of the foregoing document has been served this day upon:

4 | **Michelle Petit**
5 | U S Attorneys Office Southern District of California
  | Civil Division
6 | 880 Front Street
  | Suite 6253
7 | San Diego, CA 92101
  | (619)557-5662
8 | Fax: (619)235-2757
  | Email: Michelle.Petit@usdoj.gov

9 |

10 | Dated: June 27, 2008                          /s/ Leila W. Morgan
11 |                                               **LEILA W. MORGAN.**
   |                                               Federal Defenders of San Diego, Inc.
12 |                                               Attorneys for Ms. Vasquez
   |                                               Leila_Morgan@fd.org