```
 1 │ LEILA W. MORGAN
   │ California Bar No. 232874
 2 │ FEDERAL DEFENDERS OF SAN DIEGO, INC.
   │ 225 Broadway, Suite 900
 3 │ San Diego, California 92101-5008
   │ Telephone: (619) 234-8467
 4 │ Leila_Morgan@fd.org
 5 │ Attorneys for MARIA VASQUEZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR3106-BEN |
|---|---|---|
| Plaintiff, | ) | ACKNOWLEDGMENT |
| v. | ) | OF NEXT COURT DATE |
| MARIA VASQUEZ, | ) | |
| Defendant. | ) | |

   I, MARIA VASQUEZ, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is September 22, 2008, at 9:00 a.m. before the Honorable Roger T. Benitez.

   I declare that the foregoing is true and correct.

Dated: 9-09-08

_/s/ Maria Vasquez_
MARIA VASQUEZ

H:\FORMS\ackncd.unn