**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Ms. Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3106-BEN |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| **MARIA VASQUEZ**, ) | |
| Defendant. ) | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY.

Maria Vasquez, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Ms. Vasquez jointly moves with Assistant United States Attorney Michele Pettit, that the Sentencing Hearing currently scheduled for September 22, 2008, at 9:00 a.m. be continued until December 15, 2008, at 9:00 a.m. The parties are currently attempting to resolve several issues prior to the sentencing hearing. Ms. Vasquez is currently on bond, a signed acknowledgment of next court date will be filed as soon as possible. The parties agree that time should be excluded under the speedy trial act.

Dated: September 16, 2008                        /s/ Leila W. Morgan
                                                 **LEILA W. MORGAN.**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Ms. Vasquez
                                                 Leila_Morgan@fd.org

1  Dated: September 16, 2008            /s/ Michelle Pettit
                                        **MICHELLE PETTIT**
2                                       Assistant United States Attorney
                                        Michelle.Pettit@usdoj.gov
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michelle Pettit**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Michelle.Petitt@usdoj.gov

Dated: September 16, 2008          /s/ Leila W. Morgan
                           **LEILA W. MORGAN.**
                           Federal Defenders of San Diego, Inc.
                           Attorneys for Ms. Vasquez
                           Leila_Morgan@fd.org