LEILA W. MORGAN
California Bar No. 232874
1  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
2  San Diego, California  92101-5008
Telephone:   (619) 234-8467
3  Leila_Morgan@fd.org

4  Attorneys for MARIA VASQUEZ

5

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                      (HON. ROGER T. BENITEZ)

10  UNITED STATES OF AMERICA,          )    Criminal No. 07CR3106-BEN
                                       )
11          Plaintiff,                 )    ACKNOWLEDGMENT
                                       )    OF NEXT COURT DATE
12  v.                                 )
                                       )
13  MARIA VASQUEZ,                     )
                                       )
14          Defendant.                 )
                                       )
15

16          I, MARIA VASQUEZ, hereby acknowledge that my next court date to appear in the

17  United States District Court for the Southern District of California is December 15, 2008, at 9:0

18  0 a.m. before the Honorable Roger T. Benitez.

19          I declare that the foregoing is true and correct.

20

21  Dated:  _9-17-08_                      _MARIA VASQUEZ_

22

23

24

25

26  H:\FORMS\ackncd.unn

27

28