## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michelle M Pettit**
michelle.pettit@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov


Dated: September 18, 2008                            */s/ Leila W. Morgan*
                                                                      LEILA W. MORGAN
                                                                      Federal Defenders of San Diego, Inc.
                                                                      225 Broadway, Suite 900
                                                                      San Diego, CA 92101-5030
                                                                      (619) 234-8467 (tel)
                                                                      (619) 687-2666 (fax)
                                                                      e-mail: Leila_Morgan@fd.org