**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

APR - 8 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES OF AMERICA,

                     Plaintiff,

          vs.

MARIA VASQUEZ (1),

                     Defendant.

CASE NO. 07CR3106-BEN

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_\_   an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

\_\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

\_\_\_\_   the Court has granted the motion of the defendant for a judgment of
       acquittal; or

\_\_\_\_   a jury has been waived, and the Court has found the defendant not
       guilty; or

\_\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of: **TITLE 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II)**.

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 8, 2010

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE


ENTERED ON _____